IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CERRONE FURMAN,** Petitioner, | **CIVIL ACTION** |
| v. | |
| **DEBRA K. SAUERS, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA; and, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,** Respondents. | **NO. 11-4342** |

### O R D E R

**AND NOW,** this 23rd day of March, 2021, upon consideration of *Pro Se* Petitioner's Application for Relief Seeking Equitable Relief Pursuant to F. R. Civ. P. 60(b)(6)[&](7) (Document No. 51, filed July 20, 2018) and Response to Motion for Relief from Judgment Pursuant to Rule 60(b) (Document No. 55, filed February 12, 2021), for the reasons stated in the accompanying Memorandum dated March 22, 2021, **IT IS ORDERED** that *Pro Se* Petitioner's Application for Relief Seeking Equitable Relief Pursuant to F. R. Civ. P. 60(b)(6)[&](7) is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to *pro se* petitioner's claims. See 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Hon Jan E. DuBois
_____
DuBOIS, JAN E., J.