IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CERRONE FURMAN,<br>Petitioner,<br><br>v.<br><br>DEBRA K. SAUERS, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA; and, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>Respondents. | CIVIL ACTION<br><br><br><br>NO. 11-4342 |

# O R D E R

**AND NOW,** this 4th day of June, 2021, upon consideration of *Pro Se* Petitioner's Application for Relief Seeking Equitable Relief Pursuant to F. R. Civ. P. 60(b)(6)[&](7) (Document No. 51, filed July 20, 2018), Response to Motion for Relief from Judgment Pursuant to Rule 60(b) (Document No. 55, filed February 12, 2021), and Reply to Respondent's Response to Motion for Relief from Judgment Pursuant to Rule 60(b) & (d) (Document No. 65, filed May 3, 2021), for the reasons stated in the accompanying Memorandum dated June 4, 2021, **IT IS ORDERED** that *Pro Se* Petitioner's Application for Relief Seeking Equitable Relief Pursuant to F. R. Civ. P. 60(b)(6)[&](7) is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to *pro se* petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.